# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| GIDDY HOLDINGS, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | Civil Action No. 1:20-cv-00434-LY |
| | § | |
| ERNEST KIM | § | |
| | § | |
| DEFENDANT. | § | |

## JOINT ADR REPORT

Plaintiff Giddy Holdings, Inc., (Plaintiff) and Defendant Ernest Kim (Defendant) respectfully submit this Joint ADR Report in compliance with Local Rule CV-88(b) and pursuant to the scheduling order of the Court, and would show the Court as follows:

### Status of Settlement Negotiations

The parties have conferred on the appropriateness of ADR methods in the above referenced matter. The parties believe ADR is premature at this time.

### Person Responsible for Settlement Negotiations

The person responsible for settlement negotiations for Plaintiff is M. Wilson Stoker. The person responsible for settlement negotiations for Defendant is Casey Erick.

### Evaluation of Alternative Dispute Resolution

While Plaintiff and Defendant agree that ADR may be appropriate, further discovery is needed prior to conducting mediation in this case, including the deposition of Defendant. The parties have agreed to revisit possible mediation, if informal settlement negotiations are not successful before February 15, 2021.

Respectfully submitted,

COKINOS │ YOUNG

*/s/ M. Wilson Stoker*
M. Wilson Stoker
State Bar No. 24076806
900 S. Capital of Texas Highway
Las Cimas IV, Suite 425
Austin, Texas 78746
Tel. (512) 615-8573
Fax: (512) 610-1184
wstoker@cokinoslaw.com

**ATTORNEYS FOR PLAINTIFF, GIDDY HOLDINGS, INC.**

/s/*Casey S. Erick*
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, Texas 75202
cerick@cowlesthompson.com

**ATTORNEYS FOR DEFENDANT**