UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Giddy Holdings, Inc. | § | |
| | § | |
| vs. | § | NO: AU:20-CV-00434-DAE |
| | § | |
| Ernest Kim, et al. | § | |

## ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On April 26, 2021 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The pretrial conference and trial setting set by the Court's Scheduling Order (Dkt No. 21) entered on January 19, 2021 are hereby VACATED. The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, July 15, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE