**From:** Ernie Kim (via Google Drive) on behalf of Ernie Kim (via Google Drive)
**To:**
**Subject:** Giddy Marketing Calendar 2020 v2.xlsx
**Date:** Tuesday, March 10, 2020 11:25:09 AM

has shared the following spreadsheet:

Giddy Marketing Calendar 2020 v2.xlsx

Open

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

**EXHIBIT**

**BULKIEWICZ-2**

| | |
|---|---|
| **From:** | Ernie Kim (via Google Docs) on behalf of Ernie Kim (via Google Docs) |
| **To:** | |
| **Subject:** | PR Stunt Ideas - Invitation to edit |
| **Date:** | Tuesday, March 24, 2020 10:11:53 AM |



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has invited you to **edit** the following document:

PR Stunt Ideas

Open in Docs

Google Docs: Create and edit documents online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because someone shared a document with you from Google Docs.



**EXHIBIT**
**BULKIEWICZ-3**

| Event Description | IP Address | Date | Login Type | |
|---|---|---|---|---|
| Ernie Kim logged out | 104.54.193.213 | Jul 27, 2020, 11:36:32 AM CDT | Google Password | **104-54-193-213.lightspeed.austtx.sbcglobal.net** |
| Ernie Kim logged in | 104.54.193.213 | Jul 23, 2020, 2:34:45 PM CDT | Google Password | **104-54-193-213.lightspeed.austtx.sbcglobal.net** |
| Ernie Kim logged in | 104.54.193.213 | Apr 29, 2020, 12:55:16 PM CDT | Google Password | **104-54-193-213.lightspeed.austtx.sbcglobal.net** |
| Ernie Kim failed to login | 2605:6001:e48b:4e00:e406:9771:bfb:1e28 | Apr 13, 2020, 11:28:50 AM CDT | Unknown | Garland Texas |
| Ernie Kim failed to login | 2605:6001:e48b:4e00:7905:3f62:408a:e81c | Apr 9, 2020, 1:36:16 PM CDT | Unknown | https://tools.keycdn.com/geo?host=2605%3A6001%3Ae48b%3A4e00%3Ae406%3A9771%3Abfb%3A1e28 |